**ABD Elqader HAWAMDEN, on his own behalf and others similarly situated, Plaintiff–Appellant,**

v.

**A.M.K. PETROLEUM ENTERPRISES, INC., a Florida corporation, Kleopas Kleopa, individually, Defendants–Appellees.**

No. 08–14895
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 18, 2009.

Hal B. Anderson, Shavitz Law Group, P.A., Boca Raton, FL, for Plaintiff–Appellant/Defendants–Appellees.

Before TJOFLAT, DUBINA and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges the refusal of the trial judge to give a requested instruction

for the jury in a suit for overtime compensation. Applying the deferential standard of review applicable, we find no error. The instructions given to the jury, considered as a whole, sufficiently instructed the jurors on the issues presented.

AFFIRMED.